

**SIGNED THIS 28th day of March, 2023**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

IN RE:  AMY NICOLE WALGE                    CHAPTER 13
                                                                    CASE NO.   23-60206

      Debtor.

### ORDER ON MOTION TO EXTEND AUTOMATIC STAY AND NOTICE OF OPPORTUNITY FOR HEARING

WHEREUPON this matter comes before the Court on the Debtor's Motion to Extend the Automatic Stay and upon the agreement of the Chapter 13 Trustee;

### O R D E R E D

That the Debtor's motion to extend the automatic stay is GRANTED, in part, and CONTINUED, in part.  The motion is GRANTED, and the automatic stay is EXTENDED to May 11, 2023. The automatic stay shall remain in full force and effect until May 11, 2023.

It is further **O R D E R E D** that the hearing on the Debtors' motion is CONTINUED for a hearing on a further extension of the automatic stay to May 11, 2023, to be heard at 9:30 a.m. by Zoom, using URL https://vawb-uscourts-gov.zoomgov.com/j/1603692643 and Meeting ID: 1603692643. All parties connect using video conference instructions on the court website, to be heard simultaneously with the confirmation of the plan in this case. Debtor is further ordered to appear at the scheduled 341 hearing on 04/04/2023 and continue to make timely payments.

A copy of this Order is directed to be forwarded to the Debtor, the Chapter 13 Trustee and to all creditors.

### ***END OF ORDER***

I ask for this:

 _/s/ David Wright_____
Counsel for Debtor
900 Lakeside Drive, Lynchburg, VA 24501
dave@coxlawgroup.com
VSB#40424
434-845-2600

Seen and Agreed:

/s/Herbert L. Beskin_____
Herbert L. Beskin, Chapter 13 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902
Cell Phone (540) 718-1026
Visit our Website:   www.cvillech13.net